**No. 08-9917. Roy Willard Blankenship, Petitioner v. Hilton Hall, Warden.**

562 U.S. 1199, 131 S. Ct. 1041, 178 L. Ed. 2d 863, 2011 U.S. LEXIS 1014.

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 542 F.3d 1253.

■

**No. 09-1354. Association of American Physicians and Surgeons, Inc., et al., Petitioners v. Food and Drug Administration, et al.**

562 U.S. 1199, 131 S. Ct. 1062, 178 L. Ed. 2d 863, 2011 U.S. LEXIS 954.

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 358 Fed. Appx. 179.

■

**No. 09-8253. Mark W. Wiles, Petitioner v. Margaret Bagley, Warden.**

562 U.S. 1199, 131 S. Ct. 1042, 178 L. Ed. 2d 863, 2011 U.S. LEXIS 984.

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 561 F.3d 636.

■

**No. 09-9903. Luis Roberto Martinez, Petitioner v. Derral G. Adams, Warden.**

562 U.S. 1199, 131 S. Ct. 1042, 178 L. Ed. 2d 863, 2011 U.S. LEXIS 996.

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 362 Fed. Appx. 882.

■

**No. 10-339. Kirk Benoit, et al., Petitioners v. Department of Agriculture, et al.**

562 U.S. 1199, 131 S. Ct. 1043, 178 L. Ed. 2d 863, 2011 U.S. LEXIS 976.

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 391 U.S. App. D.C. 95, 608 F.3d 17.

■

**No. 10-412. Vanderbilt University, Petitioner v. ICOS Corporation.**

562 U.S. 1199, 131 S. Ct. 1043, 178 L. Ed. 2d 863, 2011 U.S. LEXIS 972.

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 601 F.3d 1297.

**No. 10-434. City of Santa Rosa, California, et al., Petitioners v. Patricia DeSantis, Guardian ad Litem, et al.**

562 U.S. 1199, 131 S. Ct. 1043, 178 L. Ed. 2d 863, 2011 U.S. LEXIS 1028.

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 377 Fed. Appx. 690.